# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2682

_____

| | | |
|---|---|---|
| Steven Anthony Walker, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Leroy Meadows, Sheriff of Mississippi | * | [UNPUBLISHED] |
| County; Jesse C. Ephlin, originally sued | * | |
| as Jesse Ephlier, Captain at Mississippi | * | |
| County Detention Center, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 26, 2003
Filed: September 30, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Steven Walker brought a 42 U.S.C. § 1983 action claiming officials denied him access to the courts by not providing him with law books and free legal-mail materials during his pretrial detention, with the result that he was

unable to prepare for trial and was convicted. The district court[1] granted defendants summary judgment, and Walker appeals.

Upon de novo review, <u>see</u> <u>Owens v. Scott County Jail</u>, 328 F.3d 1026, 1026 (8th Cir. 2003) (per curiam), we note that during his detention Walker was represented by counsel in his criminal proceedings, and we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.